IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES FIDELITY &            )
GUARANTY COMPANY,                   )
        Plaintiff,                  )
                                    )
        v.                          )
DICK CORPORATION/BARTON MALLOW,     )   Civil Action No. 01-698
a joint venture defendant;          )   Magistrate Judge Sensenich
DICK CORPORATION; BARTON MALLOW     )   (CONSENT)
COMPANY; SPORTS & EXHIBITION        )
AUTHORITY; PITTSBURGH ASSOCIATES    )
AND ALLEGHENY REGIONAL ASSET        )
DISTRICT; and THORNTON-TOMASETTI    )
GROUP, INC.;                        )
        Defendants.                 )
```

ORDER

On July 1, 2005, the United States District Court for the Western District of Pennsylvania implemented an electronic filing system known as CM/ECF.  All attorneys are to be registered users of the system.  Once a user is registered, he or she receives notice of any docket activity, including court orders and party filings.  Additionally the notice allows the actual document filed to be accessed remotely, negating the requirement of the filer to notice parties by mail.  All individuals have access to the docket remotely if they are registered, and at the Office of the Clerk of Court at the courthouse if they are not.  Information regarding registration is available at the website for the Western District Court at www.pawd.uscourts.gov or by contacting the Clerk's office.  Therefore, in the interests of judicial economy and pursuant to the standing order regarding electronic filing:

AND NOW this 7th day of November, 2005;

IT IS HEREBY ORDERED that on or before November 30, 2005, all counsel in the above captioned case shall become registered users of the CM/ECF system.  Any attorney who is not registered by the 30th of November will no longer receive notice regarding any docketing activity in this case initiated from chambers by U.S. mail.  This order does not abrogate each party's individual duty to serve the other parties in the case with his or her own filings.

*s/Ila Jeanne Sensenich*
ILA JEANNE SENSENICH
United States Magistrate Judge

cc:  Robert G. Watt, Esq.
     Robert K. Cox, Esq.
     Robert G. Barbour, Esq.
     Kevin J. McKeon, Esq.
     Watt, Tieder, Killian & Hoffar
     8405 Greensboro Drive
     Suite 100
     McLean, VA 22102

     Charlie C. H. Lee, Esq.
     Moore & Lee
     1750 Tysons Boulevard, Suite 1450
     McLean, VA 22102-4225

     Bennett D. Greenberg, Esq.
     Sara Farabow, Esq.
     Steven J. Kmieciak, Esq.
     David A. Blake, Esq.
     Seyfarth, Shaw, Fairweather & Geraldson
     815 Connecticut Avenue, N.W.
     Suite 500
     Washington, DC 20006-4004

Paul A. Atencio, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219